# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

THOMAS W. FAUGHT,                            )
                                             )
                        Plaintiff,           )
        vs.                                  )        1:05-cv-1393-SEB-VSS
                                             )
JO ANNE B. BARNHART, Commissioner            )
 of the Social Security Administration,      )
                                             )
                        Defendant.           )


# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Thomas W. Faught is not entitled to Disability Insurance Benefits based on his application filed on April 27, 2000, is **AFFIRMED.**


Date: ___08/29/2006_____

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana


Distribution:

Charles D. Hankey
charleshankey@hankeylawoffice.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov